# Court of Appeals
# of the State of Georgia

ATLANTA, August 26, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0055. RALPH H. BENNING v. TYRONE OLIVER, COMMISSIONER OF GEORGIA DEPARTMENT OF CORRECTIONS.

Ralph H. Benning filed a mandamus petition, which the trial court dismissed on July 3, 2025. He then filed this discretionary application on August 11, 2025. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Benning's application, filed 39 days after entry of the order he seeks to appeal, is untimely. Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/26/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.